UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　　　　CASE: A17-62714-SMS

CYNTHIA ANN WEEMS　　　　　　　　　　　　　　　CHAPTER 13

**Debtor**

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

　　COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number:　　1139
Check Date:　　　04/29/2021

| Payee Name | Amount |
|---|---|
| CYNTHIA ANN WEEMS | $373.86 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

CERTIFICATE OF SERVICE

I further certify that I have on this day, MAY 18, 2021, electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SLIPAKOFF & SLOMKA, PC

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　Mary Ida Townson, Attorney
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　GA Bar No. 715063
　　　　　　　　　　　　　　　　　　　　　285 Peachtree Center Ave, Suite 1600
　　　　　　　　　　　　　　　　　　　　　Atlanta, GA  30303-1229
　　　　　　　　　　　　　　　　　　　　　(404) 525-1110
　　　　　　　　　　　　　　　　　　　　　maryidat@atlch13tt.com